IN THE SUPREME COURT OF TEXAS

 No. 09-0131

 IN RE SCI TEXAS FUNERAL SERVICES, INC. DBA HIGHLAND MEMORIAL PARK; AND
 SERVICE CORPORATION INTERNATIONAL

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary relief and for expedited
consideration, filed February 13, 2009, is granted. All trial court
proceedings in Cause No. C-1186-04-G, styled Leticia G. Leal, Frank Garza,
Beatriz Cavazos, Noe Cavazos, Maria Elena Cisneros, Petra Lopez, Catherine
E. Rogers, Evelyn Rogers, and Gerald Rogers v. SCI Texas Funeral Services,
Inc. d/b/a Highland Memorial Park and Service Corporation International, in
the 370th District Court of Hidalgo County, Texas, are stayed pending
further order of this Court.
 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before 3:00 p.m., February
27, 2009.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this February 17, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk